IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**CLATSOP RESIDENTS AGAINST WALMART (CRAW) and SARA MEYER,**

        Plaintiffs,

        v.

**U.S. ARMY CORPS OF ENGINEERS and SHAWN ZINSZER,**

        Defendants.

No. 3:15-cv-00737-MO

JUDGMENT

**MOSMAN, J.**,

    Based upon my ruling at Oral Argument [39], IT IS ORDERED AND ADJUDGED that Defendants' Motion for Summary Judgment [22] is GRANTED, Plaintiffs' Motion for Summary Judgment [24] is DENIED, and this case is DISMISSED.

    DATED this __2nd__ day of August, 2016.

                                    /s/ Michael W. Mosman
                                    MICHAEL W. MOSMAN
                                    Chief United States District Judge

1 – JUDGMENT